train and that its sole liability was for the single indemnity, which was tendered and refused. The plaintiff then brought this action for the double indemnity but after its commencement accepted payment of the single indemnity without prejudice.

*Winfield L. Morse* for appellant.

*Louis H. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin and Crane, JJ. Absent: Andrews, J.

---

Frederick L. Ryon, Respondent, *v.* John Wanamaker, New York, Inc., et al., Appellants.

*Equity — husband and wife — action to recover back assigned mortgages — liability of husband for indebtedness incurred by wife.*

*Ryon* v. *John Wanamaker, N. Y., Inc.,* 202 App. Div. 848, affirmed. (Argued January 26, 1923; decided February 27, 1923.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 29, 1922, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was in equity to recover back the mortgages assigned by plaintiff to defendant. Plaintiff contended that he was induced to execute said assignments without consideration as the result of a mistake on his part, and of unfair, deceptive and inequitable conduct on the part of defendant. It appeared that plaintiff's wife, without his consent, purchased goods from defendant during three months in an amount exceeding $16,000, for which she failed to pay; that defendant's agents induced plaintiff to make the assignment in question upon their representations that he was personally liable for such indebtedness.

*Richard Ely* for appellants.

*Henry A. Uterhart* and *James W. Hyde* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin and Crane, JJ. Absent: Andrews, J.